UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-949-MOC

| | |
|---|---|
| HASANA PEAKS, <br> SERENA GRIFFIN, <br><br> Plaintiffs, pro se, <br><br> v. <br><br> ANTOINETTE BATES, <br> STACEY CHRISTINA ADAMS, <br><br> Defendants, pro se. | **ORDER** |

**THIS MATTER** is before the Court on its own motion following Plaintiff Peak's failure to either file an IFP application or pay the filing fee as ordered by this Court. See (Doc. No. 3). The deadline to do so was December 6, 2024.

Plaintiff Peaks shall have 20 days from entry of this Order to either file an IFP application or pay the filing fee as ordered by this Court. If Plaintiff fails to do so within 20 days of entry of this Order, Plaintiff Peaks will be dismissed as a Plaintiff in this action without prejudice and without further notice to Plaintiff Peaks.

**IT IS SO ORDERED**.

Signed: December 13, 2024

Max O. Cogburn Jr
United States District Judge

1