# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Hasana Peaks<br>Serena Griffin**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00949-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Stacey Christina Adams<br>Antoinette Bates**,**<br>Defendant(s). | )<br>)<br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 30, 2024 Order.

December 30, 2024

Katherine Hord Simon, Clerk
United States District Court